THOMAS F. MASON (successor of Henry R. Pierson), as Receiver, etc., Respondent, *v.* ANDREW W. MORGAN (deceased) et al., JUSTINE M. CRONK, Administratrix, Appellant.

(Argued June 12, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made the first Monday of October, 1888, which affirmed an order of Special Term, granting plaintiff leave to sever the action and to revive the same against Justine M. Cronk, administratrix of defendant

Andrew W. Morgan, deceased, and to serve a supplemental summons and complaint.

*P. H. Veron* for appellant.

*William C. Trull* for respondent.

Agree to affirm ; no opinion.
All concur, except PECKHAM, J., not sitting.
Order affirmed.